*no $ paid*

**Form to be used by a prisoner filing a civil rights complaint under**
**THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 0 3 2014

TONY R. MOORE, CLERK
BY _____
                DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

Jerome Kennedy

3:14-cv-0171 Sec P

**Full Name of Plaintiff, Prisoner Number**

DOC# 100001

ID# 221486

Civil Action No. _____

**Full Name of Defendant(s)**

## COMPLAINT

### I.   Previous Lawsuits

A.   Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes _____   No ✓

B.   If your answer to the preceding question is yes, provide the following information.

1.   State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

_____

_____

2.   Name the parties to the previous lawsuit(s):

Plaintiffs: _____

Defendants: _____

3.   Docket number(s): _____

4.   Date(s) on which each lawsuit was filed: _____

5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes _____   No ✓

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A. **Name of institution and address of current place of confinement:**

Riverbend Detention Center 9450 Hwy. 65 South

B. Is there a prison grievance procedure in this institution?

Yes ✓   No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ✓   No _____

If Yes, what is the Administrative Remedy Procedure  number? _____

2. If you did not file an administrative grievance, explain why you have not done so.

None responsive to Grievance. Never recied an answer to my Grievance from Step-1.

3. If you filed an administrative grievance, answer the following question.

What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

## III. Parties to Current Lawsuit:

A. Name of Plaintiff  Jerome Kennedy

Address  9450 Hwy. 65 South, Lake Providence, LA. 71254

B. Defendant, Michael Wright , is employed as
Sergeant (Sgt.) at Riverbend Detent. Center

Defendant, Warden Headgemon, Asst. Warden, is employed as
Custodian at Riverbend Detent. Center

Defendant, Mr. Poche , is employed as
Captain at Riverbend Detent. Center

Additional defendants Joshua Tillman, inmate at Riverbend
— Detent. Center, and Lafourche Parrish

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

_Seeking redress by compensation for bodily injury and emotional damages._

## VI. Plaintiff's Declaration

A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.

B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this _____ day of _____, _2014_ .

_DOC# 100001_

Prisoner no. (Louisiana Department of
Corrections or Federal Bureau of Prisons)

_Jerome Kennedy_

Signature of Plaintiff

5/97

Jerome Kennedy

IV.

Statement of Claim

On or about January 3rd at approx. 10:15 PM, I, Jerome Kennedy - Doc# 100001 was attacked in my sleep until I was conscious, and then unconscious again under the supervision of A-dorm Sgt. Michael Wright who did nothing to stop inmate, Joshua Tillman from brutally beating me. During this encounter my right and left eye was swollen shut, and two (2) of my teeth was knocked out, and three (3) of them are loose. No one in A-dorm, including dorm Sgt. stopped my attacker (Joshua Tillman) from viciously beating me. I was picked up off of floor by officer/s and taken to Med. Dept. I was mildly treated by Nurse and given three (3) I.D.U.'S. After I saw the Nurse, I was interviewed by Lake Providence Sheriff Dept. who took picture of my face for evidence. Inmate Tillman often talk to himself, fight himself, and others. This inmate has been in other incidents like this one. Other officers call Tillman "Physcotic" and said shift-supervisor, CPT. Poche is aware of Tillman mental condition, and should have never placed him in dorm with me or other inmates.

Medical Dept. has not responded properly or ex-
tensively to the nature of my problem which the
damage to my mouth has left me in severe pain with
head aches, and bad memories. I have continually
written this Medical Dept. asking for help due to the damage
of my mouth, and constant headache [s]. I badly need to
see a dentist or have Oral Surgery to correct the damage
that was done to my mouth. Medical Dept. here have
redundantly fix a " None Responsive " approach to
inmate [s] Population with any serious medical need
by way of not answering my request. I have not
received an answer from STEP-1 of my Aministrative-
Grievance.

Jerome Kennedy DOC# 100001 ── A-Dorm
I.D.# 221486
Riverbend Detent. Center
9450 Hwy. 65 South
Lake Providence, LA. 71254

Riverbend Detention
MAIL NOT CENSORED

RECEIVED

FEB 0 3 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LA

BY

© USPS 2012

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

7110 3122

SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

FOREVER
USA
FOREVER

Bank Swallow