RECEIVED

OCT 1 6 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

BY: _____

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **JEROME KENNEDY** | **CIVIL ACTION NO. 3:14-cv-0171** |
| **VS.** | **SECTION P** |
| | **JUDGE DONALD E. WALTER** |
| **MICHAEL WRIGHT, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this _16_ day of _October_____, 2014.

**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**